NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone: (213) 395-7620

ATTORNEY(S) FOR: Plaintiff LYMI Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

LYMI Inc.

Plaintiff(s),

v.

Few Moda Inc.

Defendant(s)

CASE NUMBER:

2:24-cv-4564

**CERTIFICATION AND NOTICE
OF INTERESTED PARTIES
(Local Rule 7.1-1)**

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Plaintiff LYMI Inc. or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| LYMI Inc. (doing business as Reformation) | Plaintiff |
| Ref Holdings, Inc. | Parent company of Plaintiff |
| Ref Topco, Inc. | Parent company of Ref Holdings, Inc. |
| Few Moda Inc. | Defendant |

May 31, 2024
Date

/s/ Raffi V. Zerounian
Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff LYMI Inc.