AO 121 (Rev. 06/16)

| TO: | |
|---|---|
| Register of Copyrights<br>U.S. Copyright Office<br>101 Independence Ave. S.E.<br>Washington, D.C. 20559-6000 | **REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT** |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION    ☐ APPEAL | COURT NAME AND LOCATION<br>United States District Court for the Central District of California |
|---|---|
| DOCKET NO.<br>2:24-cv-4564 | DATE FILED<br>5/31/2024 |
| PLAINTIFF<br>LYMI Inc. | DEFENDANT<br>Few Moda Inc. |

| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED LIST | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment    ☐ Answer    ☐ Cross Bill    ☐ Other Pleading | | |
|---|---|---|---|
| COPYRIGHT<br>REGISTRATION NO. | TITLE OF WORK | | AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED<br>☐ Order    ☐ Judgment | WRITTEN OPINION ATTACHED<br>☐ Yes    ☐ No | DATE RENDERED |
|---|---|---|
| CLERK | (BY) DEPUTY CLERK | DATE |

**DISTRIBUTION:**
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

1  HANSON BRIDGETT LLP
   RAFFI V. ZEROUNIAN, SBN 236388
2  rzerounian@hansonbridgett.com
   JUSTIN P. THIELE, SBN 311787
3  Jthiele@hansonbridgett.com
   777 S. Figueroa Street, Suite 4200
4  Los Angeles, California 90017
   Telephone:  (213) 395-7620
5  Facsimile:  (213) 395-7615

6  Attorneys for Plaintiff LYMI Inc.

7

8  **UNITED STATES DISTRICT COURT**

9  **CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 | LYMI Inc.,

12 |         Plaintiff,

13 |     v.

14 | Few Moda Inc.,

15 |         Defendant.

Case No.

**Attachment to AO121 Report on Copyright Action**

| Copyright Reg. No. | Title of Work | Author of Work |
|---|---|---|
| VA0002317840 | Splatter | LYMI Inc. |
| VA0002317860 | Olympia | LYMI Inc. |
| VA0002323362 | Lemonade | LYMI Inc. |
| VA0002331100 | Lemon Drop | LYMI Inc. |
| VA0002331222 | Clarissa | LYMI Inc. |
| VA0002335567 | Posie | LYMI Inc. |
| VA0002318468 | Orange Grove | LYMI Inc. |

20884101.1