HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
777 S. Figueroa Street, Suite 4200
Los Angeles, California 90017
Telephone:  (213) 395-7620
Facsimile:  (213) 395-7615

Attorneys for Plaintiff LYMI Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYMI Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Few Moda Inc.,<br><br>　　　　Defendant. | Case No. 2:24-cv-4564-GW-RAO<br><br>**Stipulation to Extend Time to Respond to Initial Complaint Beyond 30 Days and Related Dates**<br><br>Complaint served:　　Aug. 16, 2024<br>Current response date:　Nov. 14, 2024<br>Proposed response date:　Dec. 2, 2024<br><br>Judge:  Hon. George Wu |

　　　Pursuant to Local Rule 8-3, Plaintiff LYMI Inc., d/b/a Reformation ("Plaintiff" or "Reformation") and Defendant Few Moda Inc. ("Defendant" or "Few Moda") jointly stipulate to extend Defendant's time to answer, move, or otherwise respond to Plaintiff's initial Complaint (Dkt. No. 1) by 18 days, to **December 2, 2024**. The Parties also jointly stipulate to extend the deadline for the Parties' Fed. R. Civ. P. 26(f) conference to **December 12, 2024**, and the deadline for the Court to issue its Fed. R. Civ. P. 16(b) scheduling order to **January 2, 2025.**

　　　A waiver of service of the Complaint, which Defendant accepted, was sent on August 16, 2024 and set Defendant's initial response date to October 15, 2024. Dkt. No. 10.

　　　On October 9, 2024, the Parties stipulated under Local Rule 8-3 to extend Defendant's response date by 30 days, to November 14, 2024. Dkt. No. 14.

The Parties are actively engaged in settlement discussions which may result in a total resolution of this case. This is the Parties' second stipulation to extend Defendant's response date, and will result in a cumulative 48 day extension. Accordingly, good cause exists to extend Defendant's response date for the Complaint, the Parties' Rule 26(f) conference, and the Court's Rule 16(b) scheduling order.

DATED: November 11, 2024    HANSON BRIDGETT LLP

By: /s/ Justin Thiele
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
Attorneys for Plaintiff LYMI Inc.

DATED: November 11, 2024    FRIEDLAND CIANFRANI LLP

By: /s/ Michael K. Friedland
MICHAEL K. FRIEDLAND
Friedland Cianfrani LLP
2010 Main St., Ste. 1260
Irvine, CA 92614
949 734 4900 (main)
949 734 4491 (direct)
michael.friedland@fciplaw.com
Attorney for Defendant Few Moda, Inc.

**Multiple Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this stipulation and have authorized the filing of this stipulation.

DATED: November 11, 2024                    HANSON BRIDGETT LLP

By: ____/s/ Justin Thiele____
RAFFI V. ZEROUNIAN
JUSTIN P. THIELE
Attorneys for Plaintiff LYMI Inc.