# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYMI Inc., <br><br> Plaintiff, <br><br> v. <br><br> Few Moda Inc., <br><br> Defendant. | Case No. CV 24-4564-GW-RAOx <br><br> **Order Granting Stipulation to Extend Time to Respond to Initial Complaint and Related Dates** <br><br> Complaint served:     Aug. 16, 2024 <br> Current response date: Nov. 14, 2024 <br> New response date:    Dec. 2, 2024 <br><br> Judge:  Hon. George Wu |

The Court, having considered Plaintiff LYMI Inc., d/b/a Reformation ("Plaintiff" or "Reformation") and Defendant Few Moda Inc.'s ("Defendant" or "Few Moda") stipulated motion and finding good cause in support of that stipulation, grants the Parties' stipulation to extend Defendant's deadline to answer, move, or otherwise respond Plaintiff's initial Complaint (Dkt. No. 1) and related dates as follows.

IT IS THEREFORE ORDERED that:

Defendant's time to answer, move, or otherwise respond to Plaintiff's initial complaint (Dkt. No. 1) is extended to **December 2, 2024.**

The Parties' deadline to file a Fed. R. Civ. P. 26(f) Joint Report is set for **December 12, 2024.**

A Fed. R. Civ. P. 26(f) Scheduling Conference is set for **December 19, 2024** **at 8:30 a.m.**

Dated: November 12, 2024

HON. GEORGE H. WU,
United States District Judge