UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-4564-GW-RAOx | Date | December 18, 2024 |
|---|---|---|---|
| Title | *LYMI, Inc. v. Few Moda, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:　　　　　　　Attorneys Present for Defendants:

None Present　　　　　　　　　　　　　　　None Present

**PROCEEDINGS:　IN CHAMBERS - SCHEDULING ORDER**

　　　　The Court has reviewed the parties' Joint Rule 26(f) Report (Docket No. 19), and finds it can set the schedule in this matter without hearing further statements from the parties As per C.D. Cal. L.R. 7-15, the December 19, 2024 scheduling conference date is taken off calendar. This action appears to be a fairly standard copyright/trademark infringement and Lanham Act/unfair competition lawsuit arising out of the alleged unauthorized copying of Plaintiff's fashion-print designs. The case was filed on May 31, 2024.

The Court sets the following dates:

1. The parties are free to amend pleadings under Fed. R. Civ. P. 15 up to January 17, 2025. Thereafter, any further amendments must be made by motion under Rule 16 or otherwise by order of the Court.

2. A post-mediation status conference is set for June 12, 2025 at 8:30 a.m., with mediation to be completed by June 9. The parties have indicated a preference to mediate with a private mediation provider. The parties will make arrangements so that the mediation can be completed by June 9 and a joint report filed with the Court by June 10.

3. All regular discovery will be completed by June 20, 2025. By "completed," the Court means that said discovery requests must be served sufficiently early such that a motion to compel (if necessary) can be filed, heard and complied with before the cut-off date.

4. All expert discovery will be "completed" (as described above) by July 18, 2025. The parties are to meet and agree in writing as to when initial expert reports will be exchanged and rebuttal expert reports thereafter.

5. The last day for the Court to hear any motions (other than motions in limine which will be heard at

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　：＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　Initials of Preparer　JG

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-4564-GW-RAOx | Date | December 18, 2024 |
|---|---|---|---|
| Title | *LYMI, Inc. v. Few Moda, Inc.* | | |

the pre-trial conference) is August 18, 2025.

6. The pre-trial conference will be held on September 18, 2025 at 8:30 a.m. *See* Judge Wu's Standing Order re Final Pre-Trial Conferences for Civil Jury Trials (ECF No. 13).

7. Jury trial will begin on September 30, 2025 at 9:00 a.m.

:

Initials of Preparer    JG