# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYMI INC.<br><br>Plaintiff(s),<br><br>v.<br><br>FEW MODA INC.<br><br>Defendant(s). | CASE NUMBER:<br><br>2:24–cv–04564–GW–RAO<br><br>NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENT |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your filed document:

Date Filed:   1/17/2025

Document No.:   29

Title of Document:   FIRST AMENDED ANSWER, AFFIRMATIVE DEFENSES AND COUNTERCLAIMS

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–3.8 title page is missing, incomplete, or incorrect.

Leave of court has not been given to file an Amended Answer.

Other:

The Counterclaim caption is missing on the title page.

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 21, 2025         By:  /s/ Alison Bandek  alison_bandek@cacd.uscourts.gov
                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G-112A(06/24) NOTICE TO FILER OF DEFICIENCIES IN FILED DOCUMENTS