# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

LYMI, INC.,

PLAINTIFF(S)

v.

FEW MODA, INC.,

DEFENDANT(S).

**CASE NUMBER**

CV 24-4564-GW-RAOx

**ORDER IN RESPONSE TO NOTICE OF FILER OF DEFICIENCIES IN FILED DOCUMENT**

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| Date Filed | Doc. No. | Title of Doc. |
|---|---|---|
| January 17, 2025 | 29 | First Amended Answer/Counterclaims |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____ .
☐ The hearing date has been rescheduled to _____ at _____
☒ Other

Docket No. 29 is stricken for the failure to comply with Local Rule 11-3.8 - title page is missing, incomplete, or incorrect as stated in the Notice [30] filed on January 21, 2025.

Leave to amend was given on December 18, 2024 [21] until January 17, 2025.

Dated: January 22, 2024

By: _/s/ George H. Wu_
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE

RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS