IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYMI Inc.,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>Few Moda, Inc.,<br><br>　　　　　　Defendant. | Case No.: CV 24-4564-GW-RAOx<br><br>**ORDER GRANTING STIPULATION TO MODIFY SCHEDULING ORDER TO PERMIT DEFENDANT TO FILE AMENDED ANSWER AND COUNTERCLAIM** |

1 | The Court, having considered the stipulation of Plaintiff LYMI Inc. ("Plaintiff") and Defendant Few Moda Inc. ("Defendant") and finding good cause in support of that Stipulation, grants the Parties Stipulation to Modify the Scheduling Order to Permit Defendant to File the [Proposed] Amended Answer and Counterclaim.

IT IS THEREFORE ORDERED that:

The Scheduling Order is hereby modified such that Defendant may file the [Proposed] Answer and Counterclaim forthwith.

Dated: February 26, 2025

_____
HON. GEORGE H. WU,
United States District Judge