HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
601 W. 5th Street, 3rd Floor
Los Angeles, California 90071
Telephone:  (213) 395-7620

GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200

Attorneys for Plaintiff and Counterclaim-Defendant LYMI Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYMI Inc.,<br><br>              Plaintiff,<br><br>       v.<br><br>Few Moda, Inc.,<br><br>              Defendant.<br>—————————————————<br>Few Moda, Inc.,<br><br>              Counterclaimant,<br><br>       v.<br><br>LYMI Inc.,<br><br>              Counterclaim-Defendant. | Case No. 2:24-cv-4564-GW-RAO<br><br>**Plaintiff And Counterclaim-Defendant LYMI Inc.'s Answer to Defendant And Counterclaimant Few Moda, Inc.'s Counterclaims**<br><br>**DEMAND FOR JURY TRIAL**<br><br>Judge:   Hon. George H. Wu |

        Plaintiff and Counterclaim-Defendant LYMI Inc. ("Reformation" or "Plaintiff") hereby answers the Counterclaims contained in the First Amended

Answer, Affirmative Defenses and Counterclaims (Dkt. No. 37) of Defendant and Counterclaimant Few Moda Inc. ("Few Moda" or "Defendant") as follows.

Reformation denies each and every allegation contained in Few Moda's Counterclaims, except as specifically admitted or explained as follows. To the extent that the headings or any other non-numbered statements in Few Moda's Counterclaims contain any allegations, Reformation also denies each and every allegation.

## ANSWER

### The Parties

1.    In response to Paragraph 1 of the Counterclaims, Reformation lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in this paragraph and, on that basis, denies them.

2.    In response to Paragraph 2 of the Counterclaims, Reformation admits that it is a Delaware corporation with its principal place of business in Vernon, California.

### Jurisdiction and Venue

3.    Paragraph 3 of the Counterclaims contains legal conclusions to which no responses are required. To the extent a response is required, Reformation admits that Few Moda asserts counterclaims against it seeking a declaration for alleged copyright and trademark invalidity arising under the copyright and trademark laws of the United States, but denies Few Moda is entitled to the relief requested therein or that Reformation violated any statute.

4.    Paragraph 4 of the Counterclaims contains legal conclusions to which no response is required.

5.    Paragraph 5 of the Counterclaims contains legal conclusions to which no response is required. To the extent a response is required, Reformation admits that it does business in the District and maintains its principal place of business within the District and is subject to the Court's personal jurisdiction.

21626973.1

## First Counterclaim

### Declarative Judgement of Invalidity of Copyright Registrations

6.      Reformation incorporates and restates its answers to paragraphs 1 through 5 of the Counterclaims.

7.      Reformation denies the allegations of Paragraph 7 of the Counterclaims.

8.      Reformation denies the allegations of Paragraph 8 of the Counterclaims.

9.      Paragraph 9 of the Counterclaims contains legal conclusions to which no response is required. To the extent a response is required, Reformation denies the allegations of Paragraph 9 of the Counterclaims.

10.      Paragraph 10 of the Counterclaims contains legal conclusions to which no response is required. To the extent a response is required, Reformation denies the allegations of Paragraph 10 of the Counterclaims.

## Second Counterclaim

### Declarative Judgement of Trademark Invalidity (Orange Grove)

11.      Reformation incorporates and restates its answers to paragraphs 1 through 10 of the Counterclaims.

12.      Reformation denies the allegations of Paragraph 12 of the Counterclaims.

13.      Reformation denies the allegations of Paragraph 13 of the Counterclaims.

14.      Reformation denies the allegations of Paragraph 14 of the Counterclaims.

15.      Paragraph 15 of the Counterclaims contains legal conclusions to which no response is required. To the extent a response is required, Reformation denies the allegations of Paragraph 15 of the Counterclaims.

16.     Paragraph 16 of the Counterclaims contains legal conclusions to which no response is required. To the extent a response is required, Reformation denies the allegations of Paragraph 16 of the Counterclaims.

### **Prayer for Relief**

In response to the Prayer for Relief, Reformation respectfully requests that Few Moda's request for judgment and award of costs and attorneys' fees be denied, Reformation be awarded costs and fees incurred in defending the Counterclaims, and Reformation be granted such other relief as the court deems appropriate.

### **AFFIRMATIVE DEFENSES**

Without admitting or acknowledging that it bears the burden of proof as to any of them, Reformation asserts the following affirmative and other defenses to Few Moda's Counterclaims. Reformation reserves the right to assert additional affirmative defenses that further investigation or discovery indicates are proper. Moreover, any defense asserted, or fact alleged in support of any defense, does not constitute a waiver of any of the foregoing denials.

### **FIRST AFFIRMATIVE DEFENSE**
### **(Failure to State a Claim)**

The Counterclaims fail to state facts sufficient to constitute its two enumerated counterclaims. Specifically, Few Moda's counterclaims seek to adjudicate issues that are inherent in Reformation's case-in-chief in the claims in Reformation's complaint, and are therefore superfluous, and, independently, Few Moda's allegations do not entitle it to the relief it seeks.

### **SECOND AFFIRMATIVE DEFENSE**
### **(Equitable Defenses)**

The Counterclaims are barred in whole or in part because of Few Moda having waived any rights at issue in its counterclaims, being estopped from raising the issues in its counterclaims, Few Moda's acquiescence, Few Moda's unclean

1    hands, and/or laches, for which a reasonable opportunity for further investigation or

2    discovery is likely to provide support.

3                **Wherefore, Reformation Prays for Relief as Follows:**

4         1.    That the Counterclaims be dismissed, with prejudice and in their

5    entirety;

6         2.    That Few Moda take nothing by reason of its Counterclaims, and that

7    judgment be entered against Few Moda and in favor of Reformation;

8         3.    That Reformation be awarded its attorney's fees and costs incurred in

9    defending this action; and

10        4.    That Reformation be granted such other and further relief as the Court

11   may deem just and proper.

12

13   DATED:  March 13, 2025                    HANSON BRIDGETT LLP

14

15

16                                   By:      /s/ Justin Thiele
                                          _____
17                                        RAFFI V. ZEROUNIAN
                                          GARNER K. WENG
18                                        JUSTIN P. THIELE
                                          Attorneys for Plaintiff and Counterclaim-
19                                        Defendant LYMI Inc.

20

21

22

23

24

25

26

27

28

21626973.1

1

**Demand for Jury Trial**

2      Pursuant to Fed. R. Civ. P. 38 and Local Rule 38-1, Plaintiff and

3  Counterclaim-Defendant LYMI Inc. demands a trial by jury on all issues so triable.

4

5  DATED:  March 13, 2025                HANSON BRIDGETT LLP

6

7                                        By:  _____/s/ Justin Thiele_____

8                                             RAFFI V. ZEROUNIAN
                                              GARNER WENG
9                                             JUSTIN P. THIELE
                                              Attorneys for Plaintiff and Counterclaim-
10                                            Defendant LYMI Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

21626973.1

LYMI Inc.'s Answer to Counterclaims