1  HANSON BRIDGETT LLP
   RAFFI V. ZEROUNIAN, SBN 236388
2  rzerounian@hansonbridgett.com
   JUSTIN P. THIELE, SBN 311787
3  Jthiele@hansonbridgett.com
   601 W. 5th Street, 3rd Floor
4  Los Angeles, California 90071
   Telephone: (213) 395-7620
5
   GARNER K. WENG, SBN 191462
6  gweng@hansonbridgett.com
   425 Market Street, 26th Floor
7  San Francisco, California 94105
   Telephone: (415) 777-3200
8
   Attorneys for Plaintiff and Counterclaim-
9  Defendant LYMI Inc.

10

11             UNITED STATES DISTRICT COURT

12       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

13

14  LYMI Inc.,                              Case No. 2:24-cv-4564-GW-RAO

15            Plaintiff,                    **Joint Stipulation to Modify Scheduling Order**

16       v.                                 Judge: Hon. George H. Wu

17  Few Moda, Inc.,

18            Defendant.

19  Few Moda, Inc.,

20            Counterclaimant,

21       v.

22  LYMI Inc.,

23            Counterclaim-Defendant.

24

25

26       Pursuant to Fed. R. Civ. P. 16(b)(4) and the Court's December 18, 2024

27  Scheduling Order (Dkt. No. 21), the Parties jointly stipulate and agree that the Court

28  enter an order modifying the Scheduling Order to continue certain dates, as follows:

21628547.1

1. In the operative Scheduling Order, the Court set certain deadlines for trial, discovery, and related motions. Dkt. No. 21.

2. The Parties previously stipulated to modify the Scheduling Order to allow Defendant and Counterclaimant Few Moda, Inc. ("Few Moda") to file a corrected Amended Answer and Counterclaim, which the Court granted. Dkt. Nos. 35–37.

3. Since the Court entered the Scheduling Order and discovery opened in this matter, the Parties have exchanged discovery requests. In particular, Plaintiff and Counterclaim-Defendant LYMI Inc. ("Reformation") served interrogatories and requests for production on January 17, 2025; Few Moda timely served written responses on February 18, 2025, which included materials concerning Few Moda's sales of the allegedly infringing items; and the Parties have met and conferred regarding Few Moda's responses and document production. Few Moda served interrogatories and requests for production on March 4, 2025.

4. The Parties have previously discussed settlement prior to the opening of the discovery in this case. The Parties have agreed to mediate at this juncture and are in the process of selecting a mediator and the date and location for mediation. The Parties anticipate engaging in mediation by the Court's existing June 9, 2025 deadline.

5. Under the current case schedule, the current close of fact discovery is June 20, 2025, and the current close of expert discovery is July 18, 2025. The Court's order directed the Parties to meet and agree on the dates for exchange of initial and rebuttal expert reports. The Parties have met and conferred on these dates and assessed that the existing deadlines create difficulties with dates for the expert reports relative to the Parties' plans for mediation, the close of fact discovery, and the close of expert discovery.

6. The Parties agree that good cause exists for a 60-day continuance of certain dates in the Court's Scheduling Order because such a continuance will

enable the Parties to timely complete discovery, conduct expert work and exchange expert reports, engage in mediation, and pursue meaningful settlement discussions.

7. Aside from the Parties' previous stipulation to allow Few Moda's corrected re-filing of its Amended Answer and Counterclaim, the Parties have not previously requested any modification of trial and pretrial dates in this case.

8. Accordingly, the Parties respectfully jointly stipulate and request that the Court modify certain dates in the Scheduling Order as follows:

| Event | Current Date | Proposed Date |
| --- | --- | --- |
| Regular discovery completed | June 20, 2025 | August 19, 2025 |
| Expert discovery completed | July 18, 2025 | September 16, 2025 |
| Last day Court to hear motions other than motions in limine | August 18, 2025 | October 20, 2025 |
| Pre-trial conference | September 18, 2025 8:30am | November 20, 2025 8:30am |
| Trial | September 30, 2025 | December 2, 2025 |

All other dates in the Court's December 18, 2024 Scheduling Order to remain in effect as originally set.

DATED: March 14, 2025               HANSON BRIDGETT LLP

By:    /s/ Justin Thiele
RAFFI V. ZEROUNIAN
GARNER K. WENG
JUSTIN P. THIELE
Attorneys for Plaintiff and Counterclaim-Defendant LYMI Inc.

DATED: March 14, 2024          FRIEDLAND CIANFRANI LLP


By: _____/s/ Jonathan Sabin_____
Michael K. Friedland (SBN 157,217)
michael.friedland@fciplaw.com
David G. Kim (SBN 307821)
david.kim@fciplaw.com
FRIEDLAND CIANFRANI LLP
17901 Von Karman Ave., Ste. 925
Irvine, CA 92614

KANE KESSLER, P.C.
Adam M. Cohen, admitted pro hac vice
Jonathan M. Sabin, admitted pro hac vice
600 Third Avenue
New York, NY 10016
212-541-6222
acohen@kanekessler.com
jsabin@kanekessler.com

*Attorneys for Defendant and Counterclaimant*

**Multiple Signature Attestation**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), I attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the content of this stipulation and have authorized the filing of this stipulation.

DATED: March 14, 2025         HANSON BRIDGETT LLP

By:      /s/ Justin Thiele
RAFFI V. ZEROUNIAN
GARNER K. WENG
JUSTIN P. THIELE
Attorneys for Plaintiff and Counterclaim-Defendant LYMI Inc.