HANSON BRIDGETT LLP
RAFFI V. ZEROUNIAN, SBN 236388
rzerounian@hansonbridgett.com
JUSTIN P. THIELE, SBN 311787
Jthiele@hansonbridgett.com
601 W. 5th Street, 3rd Floor
Los Angeles, California 90071
Telephone:  (213) 395-7620

GARNER K. WENG, SBN 191462
gweng@hansonbridgett.com
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:  (415) 777-3200

Attorneys for Plaintiff and Counterclaim-Defendant LYMI Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYMI Inc.,<br><br>    Plaintiff,<br><br>    v.<br><br>Few Moda, Inc.,<br><br>    Defendant.<br><br>Few Moda, Inc.,<br><br>    Counterclaimant,<br><br>    v.<br><br>LYMI Inc.,<br><br>    Counterclaim-Defendant. | Case No. 2:24-cv-4564-GW-RAO<br><br>**Declaration of Justin Thiele in Support of Joint Stipulation to Modify Scheduling Order**<br><br>Judge:   Hon. George H. Wu |

I, Justin P. Thiele, declare as follows:

1.      I am an attorney duly admitted to practice before this Court.  I am Counsel at Hanson Bridgett LLP, attorneys of record for Plaintiff and Counterclaim-Defendant LYMI Inc.. I have personal knowledge of the facts set forth herein,

except as to those stated on information and belief and, as to those, I am informed and believe them to be true. If called as a witness, I could and would competently testify to the matters stated herein.

2. Since the Court entered the Scheduling Order and discovery opened in this matter, the Parties have exchanged discovery requests. In particular, Reformation served interrogatories and requests for production on January 17, 2025; Defendant and Counterclaimant Few Moda Inc. ("Few Moda") timely served written responses on February 18, 2025; and the Parties have met and conferred regarding Few Moda's responses and document production. Few Moda served interrogatories and requests for production on March 4, 2025.

3. Since the Court entered the Scheduling Order and discovery opened in this matter, the Parties have exchanged discovery requests. In particular, Plaintiff and Counterclaim-Defendant LYMI Inc. ("Reformation") served interrogatories and requests for production on January 17, 2025; Few Moda timely served written responses on February 18, 2025, which included materials concerning Few Moda's sales of the allegedly infringing items; and the Parties have met and conferred regarding Few Moda's responses and document production. Few Moda served interrogatories and requests for production on March 4, 2025.

4. The Parties have previously discussed settlement prior to the opening of the discovery in this case. The Parties have agreed to mediate at this juncture and are in the process of selecting a mediator and the date and location for mediation. The Parties anticipate engaging in mediation by the Court's existing June 9, 2025 deadline.

5. The Parties agree that good cause exists for a 60-day continuance of certain dates in the Court's Scheduling Order because such a continuance will enable the Parties to timely complete discovery, conduct expert work and exchange expert reports, engage in mediation, and pursue meaningful settlement discussions.

6. Aside from the Parties' previous stipulation to allow Few Moda's corrected re-filing of its Amended Answer and Counterclaim, the Parties have not previously requested any modification of trial and pretrial dates in this case.

7. I have specifically discussed the matters in this declaration with counsel for Few Moda, and the Parties are in agreement that good cause exists for this modification of the Court's Scheduling Order.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 14th day of March, 2025, at Los Angeles, California.

/s/ Justin Thiele
Justin P. Thiele

21628558.1

3
Declaration of Justin Thiele