# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYMI Inc.,<br><br>    Plaintiff,<br><br>v.<br><br>Few Moda, Inc.,<br><br>    Defendant.<br><br>Few Moda, Inc.,<br><br>    Counterclaimant,<br><br>v.<br><br>LYMI Inc.,<br><br>    Counterclaim-Defendant. | Case No. 2:24-cv-4564-GW-RAO<br><br>**Order Granting Stipulation to Modify Scheduling Order**<br><br>Judge: Hon. George H. Wu |

The Court, having considered Plaintiff and Counterclaim-Defendant LYMI Inc., d/b/a Reformation ("Plaintiff" or "Reformation") and Defendant and Counterclaimant Few Moda Inc.'s ("Defendant" or "Few Moda") stipulated motion and finding good cause in support of that stipulation, grants the Parties' stipulation to modify the Court's Scheduling Order (Dkt. No. 21) and dates as follows.

IT IS THEREFORE ORDERED that the dates in the Scheduling Order in this case are modified as follows:

| Event | Current Date | Proposed Date |
|---|---|---|
| Regular discovery completed | June 20, 2025 | August 19, 2025 |
| Expert discovery completed | July 18, 2025 | September 16, 2025 |
| Last day Court to hear motions other than motions in limine | August 18, 2025 | October 20, 2025 |
| Pre-trial conference | September 18, 2025 8:30am | November 20, 2025 8:30am |
| Trial | September 30, 2025 | December 2, 2025 |

All other dates in the Court's December 18, 2024 Scheduling Order to remain in effect as originally set.

Dated: _____

_____
HON. GEORGE H. WU,
United States District Judge