UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 24-4564-GW-RAOx | Date | May 1, 2025 |
|---|---|---|---|
| Title | *LYMI, Inc. v. Few Moda, Inc.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE |
|---|---|

| Javier Gonzalez | None Present | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS:** IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT

On April 30, 2025, Plaintiff and Counterclaim-Defendant LYMI, Inc. filed a Notice of Settlement [46]. The Court vacates all currently set dates, with the expectation that a dismissal will be filed within 30 days. The Court sets an order to show re: settlement hearing for June 5, 2025 at 8:30 a.m. The hearing will be vacated provided a stipulation to dismiss is filed by noon on June 3, 2025.

| | : | |
|---|---|---|
| | Initials of Preparer | JG |