# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYMI Inc., <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>Few Moda, Inc., <br><br>　　　　Defendant. | Case No. CV 24-4564-GW-RAOx <br><br>**ORDER GRANTING STIPULATION TO CONTINUE HEARING RE SETTLEMENT** <br><br>Judge:　Hon. George H. Wu |
| Few Moda, Inc., <br><br>　　　　Counterclaimant, <br><br>　　v. <br><br>LYMI Inc., <br><br>　　　　Counterclaim-Defendant. | |

　　The Court, having considered Plaintiff and Counterclaim-Defendant LYMI Inc., d/b/a Reformation ("Plaintiff" or "Reformation") and Defendant and Counterclaimant Few Moda Inc.'s ("Defendant" or "Few Moda") stipulated motion (Dkt. No. 49) and finding good cause in support of that stipulation, grants the Parties' stipulation to continue the June 5, 2025 hearing regarding settlement and

related dates set forth in the Court's May 1, 2025 order (Dkt. No. 47) by three weeks.

    IT IS THEREFORE ORDERED that the hearing regarding settlement on June 5, 2025 is continued to **8:30 a.m. on June 26, 2025.** The hearing will be vacated provided a stipulation to dismiss is filed by **noon on June 24, 2025.**

Dated: June 4, 2025

*[signature]*
HON. GEORGE H. WU,
United States District Judge