**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| LYMI Inc.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Few Moda, Inc.,<br><br>　　　　Defendant.<br><br>Few Moda, Inc.,<br><br>　　　　Counterclaimant,<br><br>　　v.<br><br>LYMI Inc.,<br><br>　　　　Counterclaim-Defendant. | Case No. CV 24-4564-GW-RAOx<br><br>**ORDER DISMISSING CASE WITH PREJUDICE**<br><br>Judge:　Hon. George H. Wu |

　　This Court, having considered the parties' Stipulation of Dismissal with Prejudice, grants the stipulation to dismiss this action in its entirety including all claims and counterclaims in their entirety with prejudice and with each party bearing its own costs.

ORDER DISMISSING CASE WITH PREJUDICE

IT IS THEREFORE ORDERED that this action is dismissed in its entirety including all claims and counterclaims in their entirety with prejudice, with each party bearing its own costs.

Dated: June 26, 2025

*George H. Wu*

HON. GEORGE H. WU,
United States District Judge